

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00462-CV

**IN RE** Gloria **ZARATE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Rebeca C. Martinez, Justice

On July 10, 2014, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on July 22nd, 2014.          PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 10-08-49259, styled *Green Tree Servicing, LLC as Successor Servicer for BAHS- A Division of Bank of America, FSB v. Gloria T. Zarate and Rene Zarate Jr.*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.